UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| In Re: DARREN D. CHAKER, | 2:16-cv-00036-GMN-VCF<br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND CLOSING CASE** |

Before the court is a letter dated December 8, 2015, sent by Darren Chaker to Chief Judge Gloria M. Navarro. On December 17, 2013 Mr. Chaker, having been convicted of Bankruptcy Fraud, was sentenced by The Honorable Nancy F. Atlas, United States District Court, Southern District of Texas, to fifteen months imprisonment followed by three years supervised release. Case No. 4:12CR00168-1.

On January 23, 2015, jurisdiction over Mr. Chaker's supervised release was transferred from the Southern District of Texas to the Southern District of California. Case No. 3:15-cr-07012-LAB-1.

In his December 8, 2015, letter Mr. Chaker requests that the "Federal Defenders of Las Vegas are appointed to file a petition before this honorable court." The letter has been filed with the clerk and is being treated as a Motion for Appointment of Counsel.

18 U.S.C. § 3605 provides, in pertinent part:

> A court, after imposing sentence, may transfer jurisdiction over a probationer or person on supervised release to the district court for any other district to which the person is required to proceed as a condition of his probation or release, or is permitted to proceed with the concurrence of such court. A later transfer of jurisdiction may be made in the same manner.

Presently, the Southern District of California has exclusive jurisdiction over Mr. Chaker with regard to his probation and supervised release. As this court lacks jurisdiction over the matter, the Motion for Appointment of Counsel must be denied.

IT IS HEREBY ORDERED THAT Darren D. Chaker's Motion for Appointment of Counsel is DENIED. The Clerk is directed to administratively close this case.

DATED this 13th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE